# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT CALLEJA,<br><br>               Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BAC HOME LOAN SERVICING, LP, RECONTRUST COMPANY N.A., MORTGAGE ELECTRONIC REGISTRATION SYSTMES, INC., JOSEPH KAMMANN, an individual, and DOES 1 thru 10, inclusive,<br><br>               Defendants. | CASE NO:   11-cv-00439-RCJ -RAM |

Application for an order to show cause regarding preliminary injunction having been made on behalf of Plaintiff, ALBERT CALLEJA ("Plaintiff"); the noticed hearing was held on July 17, 2011, at 9:00 a.m. in the above entitle court; attorney Tory M. Pankopf appeared on behalf of Plaintiff; attorney Scott S. Hoffmann appeared on behalf of Defendants BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., BAC HOME LOAN SERVICING, LP, RECONTRUST COMPANY N.A., MORTGAGE ELECTRONIC

- 1 -
Order Granting Preliminary Injunction

REGISTRATION SYSTMES, INC.; and attorney Paul J. Malikowski appeared on behalf of Defendant JOSEPH KAMMANN.

As directed by this Court, counsel for Plaintiff has conferred with counsel for Defendants and, after such consultation, submits the following Order Granting Preliminary Injunction:

## **ORDER**

This Order incorporates by reference the Court's findings in its Order after hearing, and is supported by the reasons articulated in that Order. Fed. R. Civ. Proc. 52(a)(2) & 65(d)(1)(A). This Order is intended to further elaborate upon the specific terms of the Preliminary Injunction that was granted July 19, 2011, and to describe in reasonable detail the acts restrained thereby. Fed. R. Civ. Proc. 65(d)(1)(B) and (C). Therefore, in furtherance of its July 19, 2011, Order after hearing, the Court hereby orders the following:

1. Plaintiff is granted a Preliminary Injunction against Defendant JOSEPH KAMMANN, subject to the conditions listed below. Defendant, all his agents, employees, attorneys, successors in interest, and all those in active concert or participation with him, are enjoined and restrained from initiating or completing an unlawful detainer action against Plaintiff resulting in his eviction from the real property commonly described as **41 Sanderling Court, Sparks, NV, 89441** until dissolved upon further order.

////

////

////

////

2. Said Preliminary Injunction is expressly conditioned upon Plaintiff's posting of bond or other security in the sum of $10,000 with this Court no later than 5:00 p.m. on July 29, 2011. Plaintiff is also ordered to promptly serve evidence on defendants' counsel that such bond or other security has been posted. Should Plaintiff fail to comply with the July 29, 2011, 5:00 p.m. deadline, the Preliminary Injunction will be automatically dissolved by operation of law as of August 1, 2011, midnight, without the need for a further order from this Court.

**IT IS SO ORDERED.**

Dated: July 25, 2011

_____
The Honorable Robert C. Jones
United States District Judge